Magistrate No. 22-1002

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND WARRANT

I, Michael Plesniak, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been since September 2015. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am a graduate of the Criminal Investigator Training Program and the Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to my employment with ATF, I worked approximately six years in the Intelligence Community, focused on counter-terrorism, counter-intelligence, and forensics, and approximately three years as a uniformed officer with the United States Secret Service. I am currently assigned to a specialized enforcement group, the ATF Violent Crimes Task Force, whose primary mission is to investigate those individuals and groups that are engaged in the commission of federal firearms and narcotics violations. I am a part time member of ATF's National Response Team (NRT), who responds to large scale fire and explosives scenes to assist with investigations.

2. The information contained in this affidavit is based upon my personal observations and investigation, information relayed to me by other special agents and/or other law enforcement agents, as well as information contained in official reports of law enforcement. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant for Al-Ashraf KHALIL for a violation of Title 18, United States Code, Section 1001(a)(2) (materially false, fictitious, and fraudulent statement), I have not included every fact known to me concerning this

investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the arrest of Al-Ashraf KHALIL.

3. The Bureau of Alcohol, Tobacco, Firearms, and Explosives, Philadelphia Fire Marshal's Office, and Philadelphia Police Department are investigating a fire at 300 West Indiana Avenue in Philadelphia, Pennsylvania that resulted in the death of a Philadelphia Firefighter, and serious injuries to other fire personnel and City of Philadelphia employees.

4. On June 18, 2022, at approximately 1:53 a.m., the Philadelphia Fire Department ("PFD") was dispatched to a structural fire located at 300 West Indiana Avenue in Philadelphia, Pennsylvania ("300 W Indiana"). The structure at 300 W Indiana Avenue was a free-standing three-level building with Star Pizza restaurant occupying the ground level and the basement, and two residential apartments on the second and third levels, both of which were occupied at the time of the fire. PFD arrived on the fire scene at approximately 1:55 a.m. By approximately 2:24 a.m., PFD suppressed the fire in the building. PFD members and one person from the Philadelphia Department of Licenses and Inspections ("L&I") went into the structure to conduct an inspection. At approximately 3:24 a.m., the structure at 300 W Indiana collapsed, resulting in five injured persons and the death of a PFD Lieutenant.

5. On June 18, 2022, Al-Ashraf Basem KHALIL owned 300 W Indiana, a property he used in and affecting interstate commerce in that the property contained spaces rented and leased for both commercial and residential purposes. On June 18, 2022, the Star Pizza restaurant, a business engaged in and affecting interstate commerce by providing customers with goods produced, purchased, and transported from other states into Pennsylvania, was owned and operated by A▮▮▮▮ R▮▮ and N▮▮▮▮ Y▮▮.

6. On June 20, 2022, ATF Agents interviewed Al-Ashraf KHALIL ("KHALIL") as part of their federal investigation into the origin and cause of the fire at 300 W Indiana. The agents recorded the audio of the interview. KHALIL told the agents that he owned 300 W Indiana Avenue. KHALIL told the agents that he was a part owner of La Casa Pizza located at 3871 L Street in Philadelphia. Khalil stated that on June 18, 2022, he left La Casa at approximately 1:30 a.m. KHALIL stated he learned of the fire when he received a telephone call from one of the residents of 300 W. Indiana Avenue. **KHALIL stated that he was sitting on his couch at his home,** ▮▮▮▮ **Agusta Street in Philadelphia, Pennsylvania, when he received the phone call.** KHALIL stated that after receiving the call, he made his way to 300 W Indiana Ave and was present when the structure collapsed. KHALIL identified his phone number as 267-690-3844. Agents took a picture of KHALIL standing outside on the sidewalk before leaving the interview. Khalil was wearing black pants with white stripes on the side that were tight fitting below the knee and black "slides" shoes with white writing on the to. At the interview with agents, KHALIL was not wearing cap and did not have a mask. Below is a transcript of a relevant portion of the audio recorded interview. ATF Special Agents David O'Brien and Gary Malone, referred to as SA O'Brien and SA Malone, respectively.

| | |
|---|---|
| SA O'Brien | So as soon as you got home, you got the phone call (about the fire) from your tenants? |
| KHALIL | Yeah. I was like – each time I go home, I stay on the couch a little bit. Try to drink something, ya know. Do something and they start calling. |
| SA O'Brien | Alright, so how long were you home before they called you? |
| KHALIL | Like what time? |
| SA O'Brien | Yeah. |
| KHALIL | I'm not sure exactly what time. |
| SA O'Brien | Do you know how long you were home? |
| SA Malone | Do you have it on your phone? Like in your history? |
| KHALIL | (unintelligible) *(KHALIL shows SA Malone his call log)* |
| SA Malone | And that just stops to there. Okay. |
| SA O'Brien | So, but how long were you at home? Like 5 minutes or - ? |

| | |
|---|---|
| KHALIL | Oh from here to the house? |
| SA O'Brien | Well - |
| KHALIL | From here to the house like 10 minutes. |
| SA O'Brien | But when you get to your house and you were sitting on your couch, like, how long where you there? |
| KHALIL | Oh, like, not even like, … maybe like not enough, 10, 5, 10 minutes. |
| SA O'Brien | 5 to 10 minutes? |
| KHALIL | Just that's it. |
| SA O'Brien | And how long does it take to get from here (La Casa Pizza) to your house, like 10 minutes? |
| KHALIL | I had to drop umm, eh, the Mexican boy. I'm not sure if I dropped him off or not. Every time I drop him off and I left home. |
| SA O'Brien | Alright, so you did stop somewhere else on the way home. |
| KHALIL | Maybe I dropped him off - |
| SA O'Brien | Alright |
| KHALIL |  that day |
| SA O'Brien | Where does he live? |
| KHALIL | I forgot if he got dropped with the working guy or not. Forgot. |
| SA O'Brien/ SA Malone | So where does he live? |
| KHALIL | He lives ▮▮▮▮▮. |
| SA O'Brien | ▮▮▮▮▮▮▮▮? |
| KHALIL | Yes |
| SA O'Brien | Oh so you didn't make a separate stop? |
| KHALIL | No, no, no. |
| SA O'Brien | You just stopped at your house and he gets out? |
| KHALIL | He lives ▮▮▮▮ and I live in ▮▮▮▮▮▮. |

(Note: during the beginning of the interview KHALIL states that he lives at ▮▮ Agusta, Philadelphia, Pennsylvania 19149)

| | |
|---|---|
| SA O'Brien | Alright so, do you stop at his house or do you stop at your house and he walks to his house? |
| KHALIL | He no walk. I drop him at his house. |
| SA O'Brien | Oh, okay. And how far does he live from your house? |
| KHALIL | Like two minutes. |
| SA O'Brien | Okay |

7.      Investigators recovered video surveillance from the area near 300 W Indiana Avenue, prior to the fire. One camera, located near the intersection of Stella Street and 3rd Street

4

is facing north and had a view of the east side of 300 W Indiana Avenue and the intersection of W Indiana and 3rd Street. Investigators were able to observe some of the intersection at Stella Street and 3rd Street, including the bottom of the resident stairwell and a dumpster just south of the exterior Bilco metal basement doors ("Bilco doors"). At approximately 1:26 a.m., two males approach the east side of 300 W Indiana Avenue, traveling south on 3rd Street through W Indiana Avenue. The two males go near the dumpster and the Bilco doors. They then walk back towards the intersection of W Indiana Avenue and 3rd Street for a moment, before returning to the Bilco doors. The two males then disappear behind the dumpster. At approximately 1:45 a.m., the two men again appear from behind the dumpster. They travel South on 3rd Street and then turn east on Stella Street. Suspect 1 was a light skinned male with a beard, wearing black pants with white stripes on the side that were tight fitting below the knee, black "slides" shoes with white writing on the top, a black Puma brand t-shirt, a black cap, and light-colored face mask. Suspect 2 was a light skinned male with a beard, wearing dark pants, a black t-shirt, and a light-colored face mask. At approximately 1:48 a.m., smoke is seen in the area near 300 W Indiana Avenue. PFD can be seen arriving on the scene at approximately 1:55 a.m.

8.   Investigators obtained surveillance footage from the A&D Grocery located at 2951 N 3rd Street and Philadelphia Police Department body-worn-camera (BWC) footage from the scene at 300 W Indiana Avenue from June 18 during the active fire and the subsequent collapse of the structure. KHALIL is seen in those videos wearing black pants with white stripes on the side that were tight fitting below the knee.

5

  

Suspect 1 walking away from Star Pizza 1:46 a.m. | Al-Ashraf KHALIL outside of A&D Grocery at 2:35 a.m. | Interviewer picture on 6/20/2022

9. On June 20, 2022, Investigators interviewed M. M., a tenant in a residence at 300 W Indiana. M.M. told investigators that she called KHALIL, at phone number 267-690-3844, at approximately 1:53 a.m. on the night of the fire and she hung up before KHALIL answered because she was still escaping the structure. M.M. said that KHALIL called her back immediately and she told KHALIL "The pizza shop was on fire." KHALIL questioned "La Casa is on fire?" M.M. stated, "No, Star Pizza is on fire." M.M. stated she thought it was strange that KHALIL asked if she was calling him about La Casa because she lived above Star Pizza.




Canceled Call from MM to KHALIL        Call from KHALIL to MM

10.     Investigators obtained videos from residences and businesses along the walking path for the two suspects which enabled them to track the two suspects to an area near the intersection of B Street and East Stella Street, where they entered a black Volkswagen sedan bearing license plate ▮▮▮▮▮▮▮, registered to A▮▮▮ J▮▮▮▮▮. One video, collected from the 2861 Mascher Street in Philadelphia captured audio and video from the 100 block of West Cambria Street in Philadelphia.  This location is approximately 4/10 of a mile from the fire scene and approximately 3.6 miles from KHALIL's residence (*as the crow flies*).  In that video, Suspect 1 and Suspect 2 are walking when Suspect 1 received a telephone call, at 1:53 a.m.  Suspect 1 conducts that phone call using the speaker on the phone.  In the audio recording, you can hear the

7

caller stating there was a fire. Suspect 1 replies, "At La Casa?" and "Get Out! Get Out!" This conversation is consistent with M.M's description of her call with KHALIL during the fire.





11. On June 22, 2022, at approximately 11:05 a.m., investigators conducting surveillance observed A▮▮ Ja▮▮▮, operating the same black Volkswagen sedan bearing license plate ▮▮▮▮ arrive at La Casa Pizza, and open the shop. La Casa Pizza is a business owned and operated, in part by KHALIL. J▮▮▮ is employed by KHALIL at La Casa Pizza.

12. Based on the similarity of appearance between KHALIL and Suspect 1 including their height, build, and the clothing[1], the phone call between KHALIL and M.M., and the business connection between J▮▮▮ and KHALIL, investigators believe that Suspect 1 is Al-Ashraf KHALIL. However, KHALIL told ATF agents during a recorded interview that he was at home on his couch when he learned about the fire. Investigators mapped the locations of the 100 block of West Cambria Street, where video shows KHALIL on the phone with M.M. and KHALIL's known residence. These locations are approximately 3.61 miles away with a travel distance of over 6 miles. Therefore, I have probable cause to believe that Al-Ashraf KHALIL was, in fact, not at home where he claimed to be when he learned of the fire from M.M. Thus, there is probable cause to believe that Al-Ashraf KHALIL has violated 18 U.S.C. § 1001 (materially false, fictitious, and fraudulent statement).

---

[1] The t-shirt KHALIL was wearing during his June 20 interview with ATF agents was not the same shirt as the one worn by Suspect 1 in the videos collected from June 18.



The false information provided by KHALIL about his whereabouts when the fire was discovered is relevant and material to the investigation because it is important for investigators to know the location of all parties who have access to the building. Also, it is important for investigators to know the location of those who have access to the building to assist investigators in ruling in or ruling out these individuals as possible suspects, if it is ultimately determined that the fire was intentionally started.

13. Based on the foregoing, there is probable cause to believe that during ATF's investigation into the fire that occurred on June 18, 2022, Al-Ashraf KHALIL made a materially false statement and representation in the matter (the fire) within the jurisdiction of the executive branch of the government of the United States, in that he stated he was at his home when he received a call from a tenant about the fire at 300 W Indiana, when in fact, he was not at home.

/s Michael Plesniak
Michael Plesniak
Special Agent, ATF

Sworn before me
this  22nd  day of June, 2022

/s Richard A. Lloret
HONORABLE RICHARD A. LLORET
United States Magistrate Judge