UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

.
UNITED STATES OF AMERICA, .
                              Case No. 2:23-cr-157-CMR-1
            Plaintiff,
                         .
      vs.                .
                         . 601 Market Street
AL-ASHRAF BASEM KHALIL,   . Philadelphia, Pennsylvania  19106
                         .
            Defendant. .
. . . . . . . . . . . . . . . Monday, July 11, 2022

          TRANSCRIPT OF INITIAL APPEARANCE HEARING
           BEFORE THE HONORABLE LYNNE A. SITARSKI
              UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Government:        Jeanine Linehan, Esq.
                           Sarah Damiani, Esq.
                           UNITED STATES ATTORNEY'S OFFICE
                           615 Chestnut Street, Suite 1250
                           Philadelphia, Pennsylvania 19106

For the Defendant:         R. Emmett Madden, Esq.
                           R. EMMETT MADDEN, ESQUIRE
                           711 West Avenue, 1st Floor
                           Jenkintown, Pennsylvania 19046

Audio Operator:            Electronically Recorded
                           by Carl Hauger, ESR

Transcription Company:     RedDoor Legal Services, LLC
                           44 Valley Forge Road
                           Bordentown, N.J. 08505
                           (973)985-3668
                           www.reddoorlegalservices.com

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

INDEX

Page

DEFENDANT'S MOTION TO CONTINUE DETENTION HEARING        4

BRADY WARNINGS        6

```
1              (Proceedings commence at 1:32 p.m.)
2                   THE COURT:  Good afternoon, everybody.
3                   PARTICIPANTS:  Good afternoon, Your Honor.  Good
4       afternoon, Judge.
5                   THE COURT:  Have a seat.
6              (Pause in proceedings)
7                   THE CLERK:  Docket Number 22-1025, United States v.
8       Al-Ashraf Basem Khalil.
9                   MR. MADDEN:  Good morning, Your Honor.  Emmett
10      Madden here for Mr. Khalil.
11                  THE COURT:  Good afternoon.  How you doing?
12                  MR. MADDEN:  Good afternoon.  Sorry.
13                  THE COURT:  It's all right.
14                  MS. LINEHAN:  Good afternoon, Your Honor.  Jeanine
15      Linehan and Sarah Damiani for the United States.
16                  THE COURT:  Good afternoon.  How are you?
17                  MS. LINEHAN:  Good afternoon.
18                  MS. DAMIANI:  Good afternoon.
19                  THE CLERK:  If the interpreter could please state
20      and spell your name for the record.
21                  THE INTERPRETER:  Ramez Zakhary.
22                  THE CLERK:  I see you have your right hand raised.
23                  THE INTERPRETER:  Yeah.
24             (Interpreter sworn)
25                  THE COURT:  Okay.  Thank you.
```

1          Okay.  I have the matter listed for an initial

2    appearance and a hearing on the Government's motion for

3    detention.

4          We have Mr. Madden here, retained counsel, so the

5    issue of rep -- the issue of representation has been

6    addressed.

7          There is a grand jury indictment.  Has the

8    defendant been given a copy of the indictment?

9          MS. LINEHAN:  Your Honor, it's actually just a

10   complaint and I do believe the defendant has a copy, but if

11   he does not, I'm happy to provide one right now.

12        (Participants confer)

13        MS. LINEHAN:  Your Honor, if the record could

14   provide that I did provide an extra copy.

15        THE COURT:  Okay.  Thank you.

16        MS. LINEHAN:  You're welcome.

17        THE COURT:  So I'm informed that there is -- that

18   the Government is seeking detention here, and I'm informed

19   that the defendant is asking to continue that matter.  Is

20   that correct, Mr. Madden?

21        MR. MADDEN:  It is, Your Honor.  Thank you.

22        THE COURT:  Okay.  And Ms. Linehan, I'm also

23   informed there's no objection from the Government on that

24   point, right?

25        MS. LINEHAN:  That's correct, Your Honor.

1    THE COURT:  Okay.  So, consistent with the

2    unopposed request of the defendant to continue the detention

3    hearing, I think what you asked for, Mr. Madden, was two

4    weeks?

5    MR. MADDEN:  Yes, Your Honor.  And the Government

6    and I just spoke and we believe that a good date, if I may be

7    so bold, would be Tuesday, August 2nd.

8    THE COURT:  Okay.  We'll list it for that date.

9    (Court and court personnel confer)

10    MS. LINEHAN:  And Your Honor, I had mistakenly

11    informed counsel that I thought that the virtual mag court

12    started at 1:30, but I believe the virtual hearings start at

13    noon.

14    THE COURT:  That's correct.  Noon.

15    MS. LINEHAN:  So I just want to correct that

16    impression.

17    And we are available on Tuesday, August 2nd, at

18    noon for that hearing.

19    THE COURT:  Okay.

20    MR. MADDEN:  Thank you.

21    THE COURT:  All right.  So, as discussed, we'll

22    continue the detention hearing until that date.

23    Is an interpreter needed or not?

24    THE DEFENDANT:  (In English) Yes.

25    MR. MADDEN:  Yes.

1       THE COURT:  Okay.

2       MR. MADDEN:  I mean, he's requested an interpreter.

3   We can communicate --

4       THE COURT:  Right.

5       MR. MADDEN:  -- somewhat, but --

6       THE COURT:  Right.

7       MR. MADDEN:  -- he's not --

8       THE COURT:  That's fine.  I just note that the

9   interpreter hasn't been translating?

10      THE INTERPRETER:  Because he told me that he knows

11  English, so if -- anything that is difficult for him, I will

12  translate for him.

13      THE COURT:  Okay.  Thank you.

14      THE INTERPRETER:  That's fine.

15      THE COURT:  Now, of course, Mr. Madden, I'll leave

16  it to you to be sure that your client knows what's happening

17  and that he's getting interpretation services if he needs it.

18  All right?

19      THE INTERPRETER:  Thank you, Your Honor.

20      (Court and court personnel confer)

21      THE COURT:  I hereby issue an order confirming that

22  the United States has an obligation to timely disclose Brady

23  information to the defendant.

24      I remind government counsel that failure to comply

25  with these disclosure obligations may result in consequences

such as the exclusion of evidence, dismissal of charges,

contempt proceedings, disciplinary referral, and any other

relief authorized by law.

I'll enter a written order further confirming these

obligations.

Ms. Linehan, do you -- and Ms. Damiani, do you

acknowledge them?

MS. LINEHAN:  Yes, Your Honor.

MS. DAMIANI:  Yes, Your Honor.

THE COURT:  All right.  Thank you.

And then I guess -- so it is a complaint and

warrant, so we'll list it for a probable cause hearing on the

2nd, as well.

MS. LINEHAN:  Thank you, Your Honor.

THE COURT:  All right.  Anything else?

MS. LINEHAN:  No, Your Honor.  May I be excused?

THE COURT:  Yes, thanks.

MS. LINEHAN:  Thank you, Your Honor.

MR. MADDEN:  No, Your Honor.  Thank you.

(Participants confer)

THE COURT:  Thank you.

(Proceedings adjourned to 8/22/22 at 12:00 p.m.)

(Concluded at 1:36 p.m.)

*****

<u>CERTIFICATION</u>

1

2          I certify that the foregoing is a correct

3   transcript from the electronic sound recording of the

4   proceedings in the above-entitled matter to the best of my

5   knowledge and ability.

6

7

8

9

10

11   _____          August 15, 2023

12   Coleen Rand, AAERT Cert. No. 341

13   Certified Court Transcriptionist

14   For RedDoor Legal Services, LLC