```
                    UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                                    .
UNITED STATES OF AMERICA,           .
                                    . Case No. 2:23-cr-00157-CMR-1
            Plaintiff,              .
                                    .
        vs.                         .
                                    . 601 Market Street
AL-ASHRAF BASEM KHALIL,             . Philadelphia, Pennsylvania 19106
                                    .                        .
            Defendant.              .
. . . . . . . . . . . . . . .  Tuesday, August 2, 2022

    TRANSCRIPT OF PROBABLE CAUSE AND PRETRIAL DETENTION HEARING
            BEFORE THE HONORABLE PAMELA A. CARLOS
                UNITED STATES MAGISTRATE JUDGE

APPEARANCES VIA VIDEO CONFERENCE:

For the Government:         Jeanine Linehan, Esq.
                            Sarah Damiani, Esq.
                            UNITED STATES ATTORNEY'S OFFICE
                            615 Chestnut Street, Suite 1250
                            Philadelphia, Pennsylvania 19106

For the Defendant:          ANGELO CHARLES PERUTO, JR., ESQ.
                            2016 Spruce Street
                            Philadelphia, Pennsylvania 19103
```

```
Audio Operator:             Electronically Recorded
                            by Carl Hauger, ESR

Transcription Company:      RedDoor Legal Services, LLC
                            44 Valley Forge Road
                            Bordentown, N.J. 08505
                            (973)985-3668
                            www.reddoorlegalservices.com
```

```
Proceedings recorded by electronic sound recording,
transcript produced by transcription service.
```

INDEX

Page

CASE NO. 22-MJ-1002:

WAIVER OF PROBABLE CAUSE HEARING                    4

DETENTION HEARING                                   4


                            * * * * *


CASE NO. 22-MJ-1025:

WAIVER OF PROBABLE CAUSE HEARING                    6

DETENTION HEARING                                   7

1        (Proceedings commence at 12:23 p.m.)

2        THE COURT:  All right.  With this, we are going to

3    start with United States of America v. Al-Ashraf Basem

4    Khalil.  is is 22-mj-1002.

5        Representing the Government and speaking on behalf

6    of the Government this afternoon is AUSA Linehan.  And

7    appointed on behalf of -- excuse me.  Representing the

8    defendant is A. Charles Peruto, Jr.

9        We are here for initial appearance and a probable

10   cause on complaint and warrant and detention status.

11       So, Mr. Basem Khalil, with respect to this matter -

12   - can someone clarify for me?  There was a notation of a

13   Palestinian/Jordan interpreter.  I don't need to do that

14   today?  Is that correct?

15       THE CLERK:  (Indiscernible)

16       MR. PERUTO:  Your Honor, there's no interpreter

17   needed.

18       THE COURT:  Okay.  Thank you.

19       THE CLERK:  Your Honor, but we -- just for the

20   record, we have Mr. Zakhary here from Quantum Language

21   Services, in the chance he'd be needed, but so far, we have

22   not needed him; Mr. Khalil has been speaking in English

23   fluently.

24       THE COURT:  Okay.  I just wanted to make sure --

25   Mr. Peruto; I didn't want to assume anything with regard to

1  your client's ability to understand what we're doing ehre

2  today.  So thank you.

3  THE COURT:  Okay.  So, as a result, on the 22-mj-

4  1002 case, Mr. Basem Khalil, you are charged with one count

5  of 18 U.S.C. 1001(a)(2), which is false statement or

6  representation made to a department or agency of the United

7  States.

8  With -- have you had the opportunity, Mr. Peruto,

9  to discuss the charges and the complaint and warrant with

10  your client, sir?

11  MR. PERUTO:  Extensively, Your Honor.

12  THE COURT:  And are you going to be asking for a

13  hearing with regard to the probable cause?

14  MR. PERUTO:  We are not.  We are waiving that

15  hearing.

16  THE COURT:  Okay.  You're breaking up a little bit.

17  So I just understand, you are not seeking a probable cause

18  and you're going to waive the hearing?

19  MR. PERUTO:  Not seeking.

20  THE COURT:  Very good.  Mr. Peruto has signaled

21  that he is waiving the hearing.  Thank you.

22  So, with that, I'm going to find there is

23  sufficient probable cause for issuance of the complaint and

24  warrant.

25  Now with respect to detention, is the Government

1    moving for detention in this particular 22-mj-1002?

2            MS. LINEHAN:  Yes, Your Honor.

3            THE COURT:  Okay.  And Mr. Peruto, your position

4    with regard to detention on this particular case?

5            MR. PERUTO:  Stipulation to detention.

6            THE COURT:  Okay.  So we're going to stipulate to

7    detention and Mr. Basem Khalil will be remanded to the

8    custody of the United States Marshals pending the next

9    proceedings.

10           Is there anything I need to do further, Ms. Linehan

11   or Ms. Damiani with respect to Mr. Basem Khalil on this

12   particular charge?

13           MS. LINEHAN:  Your Honor, I believe -- and you

14   might hve done this in the beginning, but if Mr. Khalil could

15   just consent to proceeding by video for this matter.

16           THE COURT:  Okay.  You are quite right.

17           Mr. Peruto, do I have your consent, since we have

18   been proceeding this way for a couple of minutes at this

19   point in time?

20           MR. PERUTO:  Yes, Your Honor.

21           THE COURT:  Okay.  And Mr. Basem Khalil, has

22   anything -- you have not said anything at this point, but you

23   have the right to remain silent.  Anything you say can and

24   will be used against you.

25           Anything further AUSA Linehan?

1          MS. LINEHAN:  No, Your Honor.

2          THE COURT:  Okay.  So now we're going to proceed to

3     roll to the next case, which is United States America v.

4     Basem Khalil.  This is 22-mj-1025.

5          Again, representing the Government in this case are

6     AUSAs Linehan and Damiani.  AUSA Linehan is going to speaking

7     on behalf of the Government this afternoon.  And representing

8     Mr. Basem Khalil is A. Charles Peruto, Jr.

9          The purpose of this particular point is for a

10    probable cause hearing on a complaint and warrant and

11    detention.

12         Just for the record, you have been charged, Mr.

13    Basem Khalil, with Title 18 U.S.C., Sections 844(i) and (2),

14    malicious damage by means of a fire of a building affecting

15    interstate commerce, resulting in death, and aiding and

16    abetting and wilfully causing.

17         Do we have your consent this afternoon, Mr. Peruto,

18    to proceed by video?

19         MR. PERUTO:  Yes, Your Honor, you do.

20         THE COURT:  And also, again, be reminded Mr. Basem

21    Khalil, you have the right to remain silent.  Anything you

22    say can and will be used against you.

23         Mr. Peruto, what if any position do you have with

24    respect to a probable cause hearing on this particular claim?

25         MR. PERUTO:  I don't want to be as verbose as the

1  last case, Judge, but we're waiving.

2        THE COURT:  Okay.  Thank you.

3        I will find that there's probable cause for

4  issuance of the complaint and warrant on this particular

5  count, 22-mj-1025.

6        And with respect to detention, what is the position

7  of the Government and/or the defendant with respect to

8  custody?

9        MS. LINEHAN:  Your Honor, we are seeking detention.

10  I believe the defendant is stipulating to detention.

11        THE COURT:  Okay.  With -- like --

12        MR. PERUTO:  That's correct.

13        THE COURT:  Thank you, Mr. Peruto.

14        Like with the other case, Mr. Basem Khalil will be

15  remanded to the custody of the United States Marshals pending

16  further proceedings.

17        Is there anything else I can do, AUSA Linehan, for

18  the Government with respect to these two matters?

19        MS. LINEHAN:  No, Your Honor.

20        THE COURT:  Okay.  Anything else, Mr. Peruto, with

21  respect to your client?

22        MR. PERUTO:  Nothing else and thank you.

23        THE COURT:  Okay.  Then I believe we are concluded

24  with respect to those two matters.  Thank you both.

25        MS. LINEHAN:  Thank you, Your Honor.

1          THE COURT:  Thank you.

2       (Proceedings concluded at 12:28 p.m.)

3                      *****

1          <u>CERTIFICATION</u>

2              I certify that the foregoing is a correct

3    transcript from the electronic sound recording of the

4    proceedings in the above-entitled matter to the best of my

5    knowledge and ability.

6

7

8

9

10

11    _____          August 15, 2023

12    Coleen Rand, AAERT Cert. No. 341

13    Certified Court Transcriptionist

14    For RedDoor Legal Services, LLC