## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**AL-ASHRAF KHALIL**<br><br>**ISAAM JAGHAMA**<br><br>**Defendants.** | **CRIMINAL NO. 23-157-01**<br>**23-157-02** |

### ORDER

**AND NOW**, this 28th day of November 2023, upon consideration of Defendant Al-Ashraf Khalil's Motion to Dismiss Counts One and Two of the Indictment Pursuant to Fed. R. Crim. P. 12(b)(3) [Doc. No. 38] and the government's response thereto; upon consideration of the government's Motion in Limine to Exclude Improper Defenses [Doc. No. 71] and the responses and reply thereto; and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1.   Defendant Khalil's Motion to Dismiss Counts One and Two of the Indictment Pursuant to Fed. R. Crim. P. 12(b)(3) [Doc. No. 38] is **DENIED**.

2.   The government's Motion in Limine to Exclude Improper Defenses [Doc. No. 71] is **DENIED WITHOUT PREJUDICE**.

It is so **ORDERED**.

BY THE COURT:

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**