| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| 300 West Indiana Avenue, Philadelphia | 766035-22-0043 | 241 |

## SUMMARY OF EVENT:

**PROFFER:** On November 4, 2022, Al-Ashraf KHALIL was proffered by Senior Special Agent Gary Malone, Special Agent Michael Plesniak, AUSA Amanda Reinitz, and Charles Peruto, Esq.

## NARRATIVE:

1. On November 4, 2022, Al-Ashraf KHALIL was proffered by SSA Malone and SA Plesniak concerning details associated with his involvement and knowledge of the fire and collapse that occurred at 300 West Indiana Avenue, Philadelphia, PA on June 18, 2022.

2. Mr. Peruto was not present during the first hour of the proffer session, but subsequently joined the proffer interview mid-session. Mr. Peruto stated that he was available via telephone if KHALIL had any questions when he was not present. KHALIL stated that he approved of speaking to agents without Mr. Peruto being present for the first portion of the proffer interview. AUSA Reinitz also reiterated the details of the original signed proffer letter and stated that it still applied to the interview.

3. SA Plesniak provided KHALIL with miscellaneous candy choices during the proffer interview.

4. KHALIL reinstated details from previous proffer sessions and provided more specific details to some of the statements he had previously made.

5. KHALIL stated that the ultimate decision to set a fire at 300 West Indiana Avenue and subsequently claim an insurance loss for a monetary payout was decided in May 2022. KHALIL stated that the decision was his, and that Isaam JAGHAMA was a participant in the original decision-making timeframe. KHALIL stated that Nemer YAHYA and Amjad RAHIM were brought into the planning process either the same day that KHALIL made the decision to set a fire, or shortly thereafter. KHALIL reiterated that I. JAGHAMA, YAHYA, and RAHIM were all included and approved of the overall concept of setting a fire for insurance money in mid-May 2022.

6. KHALIL was asked to explain the thought process of the participants in the plan to set the fire. KHALIL stated that RAHIM was not comfortable with the idea to set a fire inside Star Pizza. KHALIL explained that RAHIM was worried that the inevitable law enforcement response to the fire would cause him as the co-business owner to be part of the investigation. KHALIL stated that RAHIM wanted the fire to be set in the area of the electrical outlets associated with the 2nd floor apartment. KHALIL stated that

| Prepared by: Gary S Malone | Title: Special Agent, Philadelphia II Field Office | Signature: | Date: 11/9/2 |
|---|---|---|---|
| Authorized by: Joseph A. Mangoni | Title: Acting Group Supervisor, Philadelphia II Field Office | Signature: | Date: 11/10/ |
| Second level reviewer (optional): Joseph T. Price | Title: Deputy Chief, ATF National Academy, Philadelphia Field Division | Signature: | Date |

G1-A

explained that Basem Khalil was "controlling" over him, and that he wanted to control access to the apartments, even though KHALIL was the owner of the building.

12. KHALIL stated that while he was at Star Pizza during the afternoon, he explained his entry plan to YAYHA and RAHIM. KHALIL stated that he told them where he and I. JAGHAMA would park, and how they would walk to the location while avoiding cameras in the area in order to enter the building to set the fire. KHALIL stated that while he was discussing his entry plan with YAHYA and RAHIM, YAHYA brought up that he was worried about the baby that lived in an upstairs apartment. KHALIL stated that during this discussion with YAHYA and RAHIM the idea that they could prepare the circumstances that Steven Ruiz would discover the fire and alert everyone in the building was developed. Details provided by KHALIL about the fire discovery plan were consistent with previous proffer statements that were reported.

13. KHALIL stated that while he was at Star Pizza in the afternoon on June 17, 2022, he also disabled the surveillance cameras in the location so he and I. JAGHAMA would not be recorded while they were setting the fire later that night. KHALIL stated that he had RAHIM contact the surveillance camera installer in order to set the groundwork for an alibi to law enforcement after the fire about issues with the camera system. KHALIL stated that he stuck a knife into one of the ports located on the Wi-Fi router. KHALIL stated that he damaged the port in order to make sure the router would not be able to connect to the cameras. KHALIL added that both YAHYA and RAHIM witnessed him doing this, and that neither said anything to stop him from disabling the camera system. KHALIL stated that both YAHYA and RAHIM also knew he disabled the camera system as part of the plan for he and I. JAGHAMA to set a fire at the location that night.

14. KHALIL stated that before leaving Star Pizza in the afternoon of June 17, 2022, he told YAHYA and RAHIM to "Leave the doors open for me." KHALIL stated that both YAHYA and RAHIM knew that he was referring to leaving the Bilco doors open so he and I. JAGHAMA could access the building in order to set the fire. KHALIL stated that neither YAHYA, nor RAHIM protested to his request to leave the Bilco doors unlocked that night.

15. KHALIL stated that after this afternoon preparation took place at Star Pizza on June 17, 2022, he returned to work at La Casa Pizza.

16. KHALIL stated the next time that he recalled discussing the fire on June 17, 2022, was at approximately 11:00 pm when he received a phone call from RAHIM. KHALIL stated that he recalled RAHIM asking him "Do you want me to leave the door open?" KHALIL further explained that RAHIM said "If you're not going to do it, we are going to lock the doors back up." KHALIL explained that RAHIM was referring to leaving the Bilco doors unlocked like they had discussed earlier in the day. KHALIL stated that he told RAHIM that he and I. JAGHAMA were going to light the fire that night and to leave the Bilco doors open.

17. KHALIL provided information concerning the meeting between I. JAGHAMA, YAHYA, RAHIM, and himself near his Honda Pilot that was parked near La Casa Pizza on June 18, 2022. KHALIL stated that he called I. JAGHAMA approximately 30 minutes to an hour before the meeting at the Honda Pilot and told him to come to La Casa Pizza in order to talk in person. KHALIL added that I. JAGHAMA was also involved in lighting fires in Palestine, and that he set a fire at a vegetable store that he worked at in Palestine approximately 15 years ago.

18. KHALIL stated he, I. JAGHAMA, YAHYA, and RAHIM, were all involved in the meeting at the rear of the Honda Pilot on June 18, 2022. KHALIL stated that the meeting was concerning the plan to set

23. KHALIL stated that YAHYA and RAHIM wanted the business to be out of their name, and that they were discussing "being away" when the fire was set to distance themselves from the fire scene. KHALIL stated that Hamed was agreeable to the plan to be both the named business and building owner on the condition that he received the agreed upon payment once the insurance claims were paid out.

24. KHALIL stated that during this time period (Two weeks before fire) he, I. JAGHAMA, YAHYA, and RAHIM were still trying to sort out issues in the plan during this meeting with Hamed. KHALIL outlined the following issues in the plan at this meeting:

- How will I. JAGHAMA and KHALIL drive to 300 West Indiana Avenue, and where would they park?
- The group was worried that the electrical fire would take 3+ hours to occur based on I. JAGHAMA's explanation of his staging.
- KHALIL and I. JAGHAMA are still unsure of the route they would take to avoid surveillance cameras in the area?
- How will the tenants get alerted to the fire, how will they get out in time?
- What should they say if any witnesses see them going to the location pre-fire, or leaving the location post-fire?
- What should they say to law enforcement/ATF when questioned post-fire?

KHALIL stated that during the meeting YAHYA again talked about staging the electrical fire in the basement using an extension cord connected to a freezer located there.

25. KHALIL was asked why they did not ultimately follow through with the plan to used Hamed as the owner on paper for the business and building. KHALIL stated that it was a complicated plan already, and that they did not want to add more complications to it. KHALIL also admitted that he was "greedy" and wanted to keep more of the insurance money from the subsequent payout for himself.

26. KHALIL added that YAHYA still liked the idea of having Hamed as the stated owner of Star Pizza. KHALIL stated that "a couple days" before the fire occurred YAHYA asked him "what do you think about changing names?" KHALIL stated that he told YAHYA that they would talk about it, but ultimately, KHALIL decided against it. KHALIL added that YAHYA and RAHIM were worried about being "suspects" after the fire.

27. KHALIL stated that after the Honda Pilot meeting at La Casa Pizza YAHYA was driven home by I. JAGHAMA. KHALIL stated after he left La Casa Pizza on foot he met I. JAGHAMA at a nearby intersection and I. JAGHAMA drove him to YAHYA's house. KHALIL stated that when he got to YAHYA's house he asked for a change of clothes. SA Plesniak asked KHALIL if this was a normal thing for KHALIL to request. KHALIL stated that it was not normal, and that he never borrowed clothes from YAHYA before that night. KHALIL added that YAHYA knew when KHALIL was at his house asking for a change of clothes that he was going to set the fire that night.

28. SSA Malone showed KHALIL an unnamed photograph of Ihab Darwish which he identified as "Ihab." KHALIL stated that he did not know Darwish before the fire, and that he first met him on the fire scene after the fire had occurred on June 18, 2022. KHALIL stated that Darwish told him that he worked for an insurance company and that he could help him with his insurance claim. KHALIL stated that he recalled that Darwish drove a black Mercedes when he met him on the fire scene. KHALIL stated that he also recalled a meeting with RAHIM, Darwish, and an unknown male who was with Darwish inside Darwish's black Mercedes while they were still on scene after the collapse took place. KHALIL stated that

35. SSA Malone showed KHALIL still images recovered from A&D Grocery store surveillance video system. KHALIL identified the images as depicting himself, YAHYA, RAHIM, I. JAGHAMA, Darwish, and Hamed post-fire/post-collapse. KHALIL stated that Hamed drove I. JAGHAMA back to the fire scene in order for I. JAGHAMA to pick up his car that KHALIL had moved.

36. KHALIL provided information concerning a payment he made to I. JAGHAMA for his help setting the fire on June 18, 2022. KHALIL stated that he paid I. JAGHAMA $4,000 two days after the fire. KHALIL stated that he paid him this money as an installment on the $10,000 he owed him for setting the fire which they previously agreed upon. KHALIL stated that at this time he still owed I. JAGHAMA $6,000 which he was going to pay from the eventual insurance payout from his fire claim. KHALIL stated that he provided I. JAGHAMA the money at his house. KHALIL stated that he, I. JAGHAMA, Najia Khalil, and his wife Amani Khalil were all present when he provided I. JAGHAMA with the $4,000. KHALIL stated his wife was not in the room but was listening in to the conversation while sitting on the steps. KHALIL stated his mother, Najia Khalil, witnessed the payment and admitted that when his mother spoke to ATF and the USAO that she had lied to investigators about what she knew about the payment of the $4,000 to I. JAGHAMA. KHALIL added that his mother also knew that the payment was for I. JAGHAMA's involvement in the arson.

37. KHALIL stated that at this money exchange I. JAGHAMA told him that he was going to leave for Palestine.

38. KHALIL was asked if the money was for the assistance with the arson, why was his father, Basem Khalil, attempting to get the money back from I. JAGHAMA. KHALIL stated that he was upset with I. JAGHAMA because KHALIL knew that I. JAGHAMA was speaking to ATF about KHALIL. KHALIL also stated that I. JAGHAMA had previously owed KHALIL money for other loans that he had provided to him. KHALIL stated that he lied to his father about the reason that I. JAGHAMA owed him $4,000, and that his father was not aware that the money was for a partial payment for assisting with the arson.

39. KHALIL was asked about his clothing that he wore to commit the arson on June 18, 2022. KHALIL stated that he changed out of the black Puma shirt and slides while he was at I. JAGHAMA's house before he went back to the fire scene with RAHIM. KHALIL stated that I. JAGHAMA ended up giving the clothing back to YAHYA. KHALIL stated that he asked YAHYA what he did with the Puma shirt. KHALIL stated YAHYA told him "I threw it in the trash." KHALIL stated that he knew YAHYA threw the shirt in the trash because KHALIL had it on while he was setting the fire.

40. KHALIL provided information concerning his activities prior to attempting to flee to Palestine. KHALIL stated that the afternoon before he left, he was at his house with his mother, sisters, YAHYA, and YAHYA's wife Sehar Khalil. KHALIL stated that YAHYA was "very quiet" and "scared" while he was at the house because he was worried about the fact that a firefighter had died. KHALIL stated that YAHYA knew he booked a flight and added that it was a roundtrip ticket. KHALIL explained that he booked a roundtrip ticket in order to give the appearance that he was not fleeing if law enforcement did catch him during his attempt to fly to Palestine.

41. KHALIL stated that he speaks to his mother, father, and Sehar Khalil while he is currently incarcerated at the Federal Detention Center in Philadelphia. KHALIL stated that he knows that YAHYA is speaking to ATF and that Sehar Khalil told him that YAHYA is "telling the truth." KHALIL stated that he told Basem Khalil to stop asking for the money back from I. JAGHAMA, and added that he did tell his father to attempt to get money from RAHIM for money that is owed to him by RAHIM.



