U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: 300 West Indiana Avenue, Philadelphia | Investigation Number: 766035-22-0043 | Report Number: 236 |
|---|---|---|

## SUMMARY OF EVENT:

**PROFFER:** On October 11, 2022, Al-Ashraf KHALIL was proffered by Senior Special Agent Gary Malone and Special Agent Michael Plesniak, in the presence of AUSA Amanda Reinitz, and Charles Peruto, Esq.

## NARRATIVE:

1.  On October 11, 2022, SSA Malone and SA Plesniak proffered KHALIL concerning his activities associated with the fire and fatal building collapse that occurred at 300 West Indiana Avenue, on June 17-18, 2022. KHALIL reiterated details reported on during previous proffer sessions and added details concerning his activities.

2.  KHALIL stated that approximately one month before the fire took place was the first time that the idea of setting fire to the building for insurance money was actively considered. KHALIL stated that he was attempting to sell 300 West Indiana Avenue but that he could not get any interest from buyers.

3.  KHALIL stated approximately one month before the fire he and Isaam JAGHAMA were at La Casa Pizza when I. JAGHAMA said "Why don't you just burn it?" KHALIL explained that I. JAGHAMA was referring to burning down the building and pocketing the insurance money. KHALIL stated that after he reviewed his insurance paperwork, he decided that he wanted to burn down the building for the insurance payout.

4.  KHALIL stated that either the same day he had this discussion with I. JAGHAMA, or the day after, they drove to 300 West Indiana Avenue to see Nemer YAHYA and Amjad RAHIM at Star Pizza. KHALIL stated that he brought up the idea of burning down the building for insurance money to YAHYA and RAHIM. KHALIL stated that during this discussion I. JAGHAMA was walking around the pizza shop and attempting to identify places that a fire could be set to look electrical or accidental. KHALIL stated YAHYA started getting angry that I. JAGHAMA was doing this and told him to leave. KHALIL stated that RAHIM stayed quiet, and just watched I. JAGHAMA.

5.  KHALIL stated that it was not just one time that the fire was talked about, and that in fact he, I. JAGHAMA, RAHIM, and YAYHA would "talk about it every day." KHALIL added that most of the time it was he, YAHYA, and RAHIM that would discuss plan options for the arson, and that I. JAGHAMA was not part of the conversation every time.

6.  KHALIL further explained that in the beginning YAHYA wanted to take part, and helped with

| Prepared by: Gary S. Malone | Title: Special Agent, Philadelphia II Field Office | Signature: | Date: 10/20/22 |
|---|---|---|---|
| Authorized by Joseph A. Mangoni | Title: Acting Group Supervisor, Philadelphia II Field Office | Signature: | Date: 10/21/22 |
| Second level reviewer (optional) Joseph T. Price | Title: Deputy Chief, ATF National Academy, Philadelphia Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>300 West Indiana Avenue, Philadelphia | Investigation Number:<br>766035-22-0043 | Report Number:<br>236 |
|---|---|---|

brainstorming the plan for the arson, but when the planning became "serious" YAHYA said he did not want to take part in the arson. KHALIL said YAHYA told him it was "bad money." KHALIL stated this change in YAHYA took place approximately two weeks before the fire occurred. KHALIL reiterated that RAHIM and I. JAGHAMA wanted to take part in the planning and arson the entire time.

7.    KHALIL stated that during the planning it was decided that RAHIM would leave the Bilco doors open and turn off the surveillance cameras in Star Pizza the day that the fire would take place. KHALIL stated that it was also very important to RAHIM that he was at home when the fire took place. KHALIL explained that RAHIM knew that investigators would talk to him after the fire because he was the business owner of Star Pizza, and that he wanted to be able to tell investigators that he was at home during the fire.

8.    KHALIL explained that he told RAHIM to leave the Bilco doors open because he did not have keys to Star Pizza. KHALIL added that he did not want to use the rear door of the property to access the building while setting the fire because he knew that too many surveillance cameras in the area had a view of the rear door.

9.    KHALIL stated that there were "a bunch of different plans" for the fire before they ultimately decided on the plan that took place June 17-18, 2022. KHALIL was asked by investigators to describe some of the other plans discussed by the group to set the fire. KHALIL provided the following summaries of aborted plans for the fire:

- RAHIM wanted to somehow stage a fire using the natural gas supply to the pizza shop.
- I. JAGHAMA wanted to use the electric in the bathroom or pizza shop area to stage an electrical fire.
- YAHYA did not provide any options for lighting the fire but would continually talk about the fact that he did not want any of the building occupants to get hurt because of the fire.

10.    KHALIL stated they ultimately decided on his plan to utilize Steven Ruiz as an unwitting participant by dropping him off at a nearby store, setting the fire, and subsequently waiting for Ruiz to return home in time to discover the fire and alert the building residents.

11.    KHALIL stated that on June 17, 2022, it "started out as another day talking about it." KHALIL added that he also believed there was a possibility that the arson could take place that night. KHALIL stated that he went to 300 West Indiana Avenue in the early afternoon on June 17, 2022. KHALIL stated he moved the dumpster located on the side of the building in an orientation that would block the view of the Bilco doors from nearby surveillance cameras. KHALIL also stated that he spoke to RAHIM during this time and told him about the possibility of lighting the fire that night. KHALIL stated YAHYA was also present during this conversation and reiterated that it was a "bad idea," but did not protest past that statement. KHALIL stated after this, he returned to work at La Casa Pizza.

12.    KHALIL stated that while he was working at La Casa Pizza, he received a telephone call from RAHIM. KHALIL stated he believed the call took place sometime between 9:00 pm and 11:00 pm. KHALIL stated that RAHIM asked him "Do you want to do it?" KHALIL stated that RAHIM was referring to setting the fire at Star Pizza. KHALIL stated that he did, and told RAHIM to leave the "basement doors open" and to shut off the surveillance cameras when he left for the night.

13.    KHALIL stated that after he spoke to RAHIM, he called I. JAGHAMA and told him to come to La Casa Pizza because he wanted to talk with him.

ATF EF 3120.2 (10-2004)<br>For Official Use Only

| Title of Investigation: 300 West Indiana Avenue, Philadelphia | Investigation Number: 766035-22-0043 | Report Number: 236 |
|---|---|---|

14. KHALIL explained that it was still in the plan to have I. JAGHAMA light the fire at Star Pizza. KHALIL stated that I. JAGHAMA came up with the $10,000 amount that KHALIL would pay him for lighting the fire. KHALIL stated that the plan was to pay ½ to I. JAGHAMA before the fire, and the last ½ after he received the insurance payout.

15. SSA Malone provided still pictures of video recovered from La Casa Pizza surveillance camera to KHALIL. KHALIL stated that the pictures depicted himself, I. JAGHAMA, RAHIM, and YAHYA at La Casa Pizza. KHALIL stated that the picture that shows the group meeting near the rear of his Honda Pilot was associated with a conversation about lighting the fire that night. KHALIL stated that during that meeting at the rear of his Honda Pilot depicted on camera he asked "Are we gonna do this today?" KHALIL stated that he was referring to setting the fire at Star Pizza. KHALIL stated RAHIM and I. JAGHAMA were in on the plan for lighting the fire, and that YAHYA was not. KHALIL further explained that prior to this RAHIM had told him that the Bilco doors were unlocked, and that the surveillance camera system was turned off. KHALIL added that during this time they also discussed that his Honda Pilot had a flat tire, but that that detail had nothing to do with the plan for lighting the fire. KHALIL added that he and his father Basem Khalil fixed the flat the following day, and no attempts to fix the flat occurred the night of the fire.

16. SSA Malone provided still pictures of video recovered from La Casa Pizza surveillance camera to KHALIL. KHALIL stated that the still pictures of the video showed him receiving a phone call and subsequently taking the phone call while sitting in Anas JAGHAMA's vehicle. KHALIL stated that he was speaking to I. JAGHAMA on that phone call and that he told him that he would "walk to you." KHALIL stated that he was preparing to go with I. JAGHAMA to set the fire at 300 West Indiana Avenue.

17. KHALIL corrected a statement that he previously made during a proffer session. KHALIL stated that he met I. JAGHAMA in the area of the 7-11 located near La Casa PIZZA. KHALIL stated that he cannot recall if he was driving or I. JAGHAMA was driving, but after he met with I. JAGHAMA near the 7-11 they went to YAHYA's house. KHALIL stated that they double parked I. JAGHAMA's car directly in front of YAHYA's house while KHALIL went to the front door.

18. KHALIL stated that he spoke to YAHYA and Sehar Khalil at the front door of the residence, and that he did not go inside. KHALIL stated that he asked YAHYA for a shirt and slide-type shoes to change into. KHALIL stated that both YAHYA and Sehar Khalil told him something to the effect of "don't do anything crazy." KHALIL believed that YAHYA knew he was going to set the fire at Star Pizza, but KHALIL stated YAHYA did nothing to stop him from doing it. KHALIL stated that he did not believe Sehar Khalil knew that he was going to set the fire that night.

19. KHALIL stated that he changed clothes inside the car with I. JAGHAMA. KHALIL stated that he does recall that he drove to the area of 300 West Indiana Avenue. SSA Malone provided still pictures of video recovered from nearby surveillance cameras to KHALIL. KHALIL stated that the pictures showed I. JAGHAMA's vehicle as KHALIL drove it in the area of 300 West Indiana Avenue, as well as parking the vehicle in the area of 3rd and West Gurney Street. KHALIL added that an image also showed he and I. JAGHAMA walking on 3rd Street towards Star Pizza. KHALIL added that he was on the phone speaking to A. JAGHAMA attempting to ensure that Ruiz was being dropped off in the area connected to the plan for him to discover the fire. KHALIL stated that A. JAGHAMA did not know that he and I. JAGHAMA were going to set a fire at 300 West Indiana Avenue and was dropping off Ruiz because KHALIL told him to.

20. KHALIL provided details concerning his and I. JAGHAMA's activities while inside Star Pizza while they were setting the fire. KHALIL stated that the Bilco doors were left open, and that he and I. JAGHAMA entered

ATF EF 3120.2 (10-2004)
For Official Use Only

the basement of the building and proceeded to the first floor occupied by Star Pizza. KHALIL stated that I. JAGHAMA had a lighter and attempted to light the wires connected to the fryers on fire but was unsuccessful. KHALIL stated that he attempted to light the oil from the fryer using a brown bag that he set fire to utilizing his lighter. KHALIL added that also did not work. KHALIL stated that I. JAGHAMA attempted to modify and ignite multiple wires associated with the surge protector located near the front desk/cash register area. KHALIL stated that the fire on the surge protector would "go off and on, off and on." KHALIL said that he was standing behind I. JAGHAMA and could not see exactly what he was doing, but stated that I. JAGHAMA was successful in sustaining a small flame near the area where the power cord attaches to the surge protector under the front desk. KHALIL added that he was unable to say specifically what I. JAGHAMA was able to do to successfully start the fire, but added that paper and other materials were also present on the shelf with the surge protector. KHALIL stated once the small flame was started, he placed pizza boxes on top of the flame to feed the fire. KHALIL stated that once he placed the pizza boxes on the fire, he did not linger to make sure the fire grew bigger, but instead he and I. JAGHAMA immediately attempted to exit the building.

21.   KHALIL stated that he and I. JAGHAMA first went to the rear door of Star Pizza and attempted to open it, but it was locked. KHALIL stated this is when he called YAHYA and asked about opening the door. KHALIL stated YAHYA said, "where are you at...pizza shop," and something like "kick it." KHALIL was asked why he went to the back door to exit when before he stated that he was worried about cameras at the back door. KHALIL agreed that it was "stupid" of him to do that. KHALIL stated that he believed that YAHYA knew, due to that phone call, that he and I. JAGHAMA had set fire to Star Pizza. KHALIL stated that they had to go back through the area of the pizza shop to access the basement, and by that time the fire that they had set had grown large. KHALIL stated that he and I. JAGHAMA subsequently exited 300 West Indiana Avenue by using the Bilco doors.

22.   KHALIL explained the reason he and I. JAGHAMA did not immediately go back to I. JAGHAMA's vehicle which was parked away from the location. KHALIL stated on the walk to 300 West Indiana Avenue prior to starting the fire, he and I. JAGHAMA saw people on the street near Star Pizza. KHALIL stated that they turned around and were going to walk back to the vehicle but decided to go ahead and turn back around and subsequently enter Star Pizza through the Bilco doors. KHALIL stated that they walked towards Stella Street after setting the fire in case the unknown individuals on the block were still around. KHALIL stated he feared being identified by the unknown individuals post fire.

23.   SSA Malone provided still pictures of video recovered from surveillance cameras in the area to KHALIL. KHALIL stated that the multiple images depicted he and I. JAGHAMA making their escape from Star Pizza after setting the fire. KHALIL corrected a statement he made during a previous proffer session. KHALIL stated that he thought that he turned around during the escape to ensure that Mellissa Murgatroyde was on the balcony exiting the building. KHALIL stated looking at the surveillance images it was apparent he had his head down the entire time during his walk from Star Pizza onto Stella Street and did not in fact look back towards the building to ensure the tenants were escaping. KHALIL made a reference to wanting to tell the truth. At this time, SSA Malone repeatedly informed KHALIL of the importance that his statements to investigators were truthful and correct. KHALIL stated during his and I. JAGHAMA's escape he was "pissed off" at himself and regretted that he and I. JAGHAMA had set the fire. KHALIL stated that I. JAGHAMA was quiet during the walking escape.

24.   SSA Malone provided still pictures of video recovered from surveillance cameras in the area to KHALIL. KHALIL identified the still images and stated that it was he and I. JAGHAMA waiting in order for A. JAGHAMA to pick them up and take them to I. JAGHAMA's house.

ATF EF 3120.2 (10-2004)<br>For Official Use Only

25.  SSA Malone asked KHALIL if he ensured the surveillance cameras were off in Star Pizza while he and I. JAGHAMA were setting the fire. KHALIL stated that RAHIM told him at La Casa Pizza when everyone met before the fire that he had turned the cameras off. KHALIL stated he took RAHIM at his word that they were off.

26.  KHALIL was asked to explain if any excuses or alibi's were discussed by the group if they were questioned by law enforcement. KHALIL stated the following:

- RAHIM was supposed to tell police that the surveillance cameras were not working the previous day before the fire, and that "someone" was coming to fix them the day that the fire took place.
- RAHIM was supposed to tell police that a miscellaneous driver for Star Pizza had left the Bilco doors open while they were getting soda.
- YAHYA instructed KHALIL not to tell law enforcement that KHALIL obtained a change of clothes from YAHYA prior to the fire.
- I. JAGHAMA was told to tell police that he was making pizza deliveries in the area if his vehicle was identified on any surveillance cameras.
- There was a blanket excuse for all of them to deny it was them on video if confronted by any surveillance camera footage by law enforcement.

27.  KHALIL made the statement to investigators present at the proffer that if investigators are speaking to YAHYA, I. JAGHAMA, or RAHIM, and they are making statements about not knowing about the fire or planning it to investigators, then "they are lying to you." KHALIL reiterated that all four of them were involved in planning and setting the fire. KHALIL stated again that YAHYA was the only one that ever eventually said they did not want to do it but did nothing to stop them.

28.  KHALIL stated that YAHYA knew that he had set the fire because when they met on scene prior to the building collapsing KHALIL told YAHYA that he and I. JAGHAMA had set the fire.

29.  KHALIL stated that he and I. JAGHAMA were "best friends," and that they were raised together.

30.  KHALIL stated that he went to I. JAGHAMA for help setting the fire because he knew that I. JAGHAMA had "done it a couple times before." KHALIL stated that "everyone knows" I. JAGHAMA "plays with the electric" to light things on fire. KHALIL stated that I. JAGHAMA told him directly during the planning phase of the arson that "I can start a fire."

31.  KHALIL was asked if he was paying I. JAGHAMA to set the fire, why did he go with him? KHALIL stated that he went to make sure that all the tenants got out of the building after the fire was set. KHALIL stated that the entire time he had planned for Ruiz to discover the fire shortly after setting it. KHALIL stated that he also went to ensure that the plan would work having Ruiz discover the fire. KHALIL admitted that what actually happened did not go by his stated plan.

32.  KHALIL was asked about the money that he had paid I. JAGHAMA for setting the fire, and why his family was attempting to get the money back from I JAGHAMA. KHALIL stated that I. JAGHAMA had an ongoing history of borrowing money from him. KHALIL stated that he provided $4,000 to I. JAGHAMA at his house shortly after the fire. KHALIL stated that he then heard that I. JAGHAMA was "telling on him" to law enforcement, and that made KHALIL mad. KHALIL stated he told his father that I. JAGHAMA owed him money and that he should get it back from I. JAGHAMA.

| Title of Investigation:<br>300 West Indiana Avenue, Philadelphia | Investigation Number:<br>766035-22-0043 | Report Number:<br>236 |
| --- | --- | --- |

33.  KHALIL was asked why no one else in the community when questioned by law enforcement says that I. JAGHAMA is known for setting fires. KHALIL stated that the community definitely knows that I. JAGHAMA has the reputation as an arsonist, and that the "community won't tell on him" to law enforcement. KHALIL described the insular dynamic of the Palestinian community in Philadelphia, and that they would not fully cooperate with law enforcement.

34.  KHALIL was asked about previous statements he made about I. JAGHAMA not wanting A. JAGHAMA to know he was involved in setting the fire. Investigators pointed out the contradiction of this statement when A. JAGHAMA was used to pick up KHALIL and I. JAGHAMA post fire. KHALIL explained that I. JAGHAMA "had no choice" but to get in A. JAGHAMA's vehicle in order to make their escape from the scene post fire.

35.  KHALIL stated that the water heater was an ongoing issue for the upstairs tenants. KHALIL explained that fixing the water heater was never mentioned to I. JAGHAMA, YAHYA, or RAHIM, and that the water heater issues were never to be used as an alibi, or a reason that the Bilco doors were left open.

36.  KHALIL stated that he was not providing this information to investigators in order to get I. JAGHAMA in trouble, and that in fact, he does not blame I. JAGHAMA for "telling" on him to law enforcement. KHALIL even stated that if they were to see each other again that they would hug.

37.  KHALIL provided additional information concerning other crimes that he had knowledge. KHALIL stated that FNU LNU "Rob" lived in the area of 3800 L Street, Philadelphia. KHALIL stated that FNU LNU "Rob" is a Puerto Rican male with darker skin. KHALIL stated FNU LNU "Rob" has a daughter named "Nijma." KHALIL stated that FNU LNU "Rob" is into selling drugs, and that he is a "shooter" who is in possession of firearms. KHALIL stated that FNU LNU "Rob" was involved in a shooting that took place in the area of La Casa Pizza, and that he shot at a vehicle in the area.

38.  KHALIL provided information on FNU LNU "Danny" who lives in the area of 3rd and Stella Streets, Philadelphia. KHALIL stated FNU LNU "Danny" is a bald, 45 yr old, Puerto Rican male. KHALIL stated that he is neighbors with the old location for Star Pizza. KHALIL stated that FNU LNU "Danny" is into selling drugs and is a shooter in the area.

39.  KHALIL provided information on FNU LNU "Angel" who lives in the area of 1200 Pike Street, Philadelphia. KHALIL stated that FNU LNU "Angel" is a Puerto Rican or Dominican male. KHALIL stated that FNU LNU "Angel" sells drugs and is a known shooter in the area.

40.  KHALIL provided information on Lance COOK who lives at 444 South 7th Street in Allentown, PA. KHALIL stated COOK sells drugs which may include heroin and ecstasy.

ATTACHMENTS
1. Still images of surveillance video footage identified by Al-Ashraf KHALIL

ATF EF 3120.2 (10-2004)<br>For Official Use Only







































