LAW OFFICES
# GERALD A. STEIN

GERALD A. STEIN, P.C.

_____

GERALD A. STEIN

SUITE 520
TWO PENN CENTER
1500 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA 19102

_____
(215) 665-1130
EMAIL:     gastein@geraldstein.com

October 14, 2025

**VIA EMAIL**
Honorable Cynthia Rufe
United States District Court
Eastern District of Pennsylvania
US Courthouse
601 Market Street
Philadelphia, PA 19106

     RE:    US v. Khalil
             Case No.: 23-157

Dear Judge Rufe:

    Sentencing in the above matter is scheduled for October 22, 2025.

    In aid of sentencing, I am requesting your consideration of letters I am enclosing from family, friends, neighbors, former employers, and religious community leaders.

    Also enclosed are Camden, New Jersey Birth Certificate, Palestinian Certificate of Good Conduct, Non-Conviction Certificate, and Vocational Training Certificate.

    Your consideration of this material is appreciated.

Respectfully,

/s/ Gerald A. Stein

Gerald A. Stein, Esquire
GAS/pl
Enclosures
cc: Amanda Reinitz, Esquire - AUSA



Your honor   AMANI AL-Ashraf wife

Never in a million years would I have imagined
myself or my family in this position. I also would
have never imagined another family being in an
even worse position than my family is. Complete
strangers despising us. As they should. I probably
would as well if I'm being honest. However, this
in all transparency, I never was plan for the future
type of person, but for the past three years that all
I've been doing. Thinking about a future I have
no control over. It's crazy how things can change
in an instant. I always believed in living in the
moment and I think that's what my husband
admired the most about me. My husband and
I met when we were young and got married not
so long after. No plan no goals just hope and love.
With support of our family and the determination
of mine and my husband's, we were able
to build the life we once had. I cannot imagine
your honor what it's like to be in your shoes.
Feeling the wieght of the world on your shoulders
knowing that someone else's fate lies in your
decisions. I feel embarrassed to ask that
you have sympathy for my husband, therefore
I will not. I will however, ask that you
view him in a different way than he has

Amani- AL-Ashraf wife

been portrayed. My husband your honor, is a loving and devoted father and husband who made a terrible mistake not considering the harm that could come out of it. life took a turn and desperation took over him. He was helpless and lost and unfortunately didn't have any guidance. I wish he would have turned to me and opened up, but unfortunately he did not. failure isn't an option for him and admiting he needs help probably never crossed his mind. Nonetheless, what happened as a result as his poor decision making is inexcusable. My heart goes out to the family that has lost a loved one as a result. However, your honor I'm certain that my husband would never intentionally hurt someone and I will stand by that no matter what the outcome is. If I can leave you with anything your honor it would be to consider a different altenative. To punish a law abiding citizen in a way that would benefit socity. A way that would allow him to spend the rest of his life making up for what he has done.

Amani AL-Ashraf wife

I Can live without a husband, My Kids however Can't live without a father. it feels selfish to say that. As for the family of the victim, I ask for your forgiveness. If you Cant Forgive I beg at least that you don't hate us. God only Knows I've Kept you in my prayers this entire time. I've prayed that you heal and overcome. From the depths of my heart, We are truly sorry.

AMANI KHALIL

Leena Al-Ashraf Daughter

Toyes hanol IM leena
Khall Al ashraf second daghter
I heard that you can help my dad
to come back home fast Please
if you can let my father come
back and Live with us so he
can be with us and can
play with me and my sibling
it voll be good because I miss
him so much I cant Like with
him I always cry in my Bed
before sleep time and wish
if my father can come back.
Please help us.

Leena Al Ashraf Daughter

Deema    Al-Ashraf Daughter

You're honor I'm Deema Khalil
Alshraf odest daughter I'm
writing this letter for you about my
father. My father Aeshraf is the best
father in the entire world. I miss him
so so much. I wish if he can come
home fast. It's been so long without
him I feel so lonely. H is my frather
and my Best Friend I Love him. so
much. I want him to come back
home and live with us. so he can
play with us all the time with me
Leena and Basem. I want to hog him

① Deema Al-Ashraf Daughter

I didn't think I can live without my dad Please help us and let him come back fast Aashraf is the best father thank You.

best

best

best

best

father

best

best

best

best

Deema Al-Ashraf Daughter



I love you so so so so much

Dear Your honor

I'm Basem Khalil, AL-Ashraf Khalil Father i'm 63 years old, I have 7 children 6 girls and one boy, who is AL-Ashraf. I raised all my children - your honor - with my wife Najia the best I can. AL-Ashraf is our baby boy. he is now 28 years old, he is married and he have three children with his wife Amani. Deema 6 years, Leena 3 years and Basem three years old.

AL-Ashraf your honor is a lovely young man, kind and he helps the people and the needy person, he live a happy life with his wife and children and among us me and his mom and sisters. and he have 25 nephews and neices. and all loves him, AL have a lot of friends. he is a giver and have a big heart. financely the his in good condition he is a hard working man he works at La Casa pizza and he owned newly the building located at 300 W Indiana Ave. he have a dream to buy houses selling it or renting it and this building was his 1st step to make his dreams come true and he starts collecting rent 3400.00 dollars a month from it but suddenly the building catch fire and collapsed and a lovely fire fighter lost his life in this incident and my sons dreams collapsed like his building and he was after that depressed.

Basem J Khalil
267 253 8974

Sehar Khalil
3920 Claridge st
Philadelphia PA 19124
Saharbkhalil20@yahoo.com
215. 904. 2366

To the honorable judge Cynthia M. Rife,

My Name is Sehar Khalil, Ashrafs sister, writing to you to ask for your sympathy and to give ashraf another chance at life, Ashraf is a wonderful brother there's a one year gap between us and we've always been really close, Ashraf was never the person that cared about money, what ever he had was for others, he was always the first person I called for help when needed, apart of me is dead, my life has stopped, I can't live knowing that my little brother is in jail, Ashraf is an amazing father and his kids really do miss him and want him back, he was involved in every single thing in thier lives, it's hard to explain to them whats happening. My parent are in total shock and carry a huge responsibility taking care of Ashrafs kids and wife that I don't know for how long they can carry it yous honor, I've witnessed your fairness and how much you carefully wanted to listen to every detail and I respect you and your desisions, I hope you saw tha Al isn't a bad person and he's not a danger to society, he learned tremendously and absolutely regrets it, Thank you for taking the time to read my lett

I'm Lama Khalil, my little brother shouldn't be where he is he's supposed to be between his family, parents, wife and especially his children, he's our little brother, he's the back bone of our family, my sisters are scattered all over, we all came from different countries, ▬▬▬▬ to support my parents, his wife and kids.

I see myself one of the closest to him I live two hours away, whenever I need him he's there without hesitation, he always puts people first, we've been in misery this whole time his kids need him, we stopped our lives, we feel paralyzed, he has to come back, your honor.

Al ashrafs Khalil sister
Lama Basem Khalil
[signature]

7/21/2022

Eyad M. Khalil

3316 Manor rd

Huntingdon Valley, PA

Eyad8897@gmail.com

215-666-6656

Feb, 24. 2025

Dear Honorable Judge,

I am writing this letter on behalf of my older cousin, Al-Ashraf Khalil, to offer a personal character reference as you consider his case. I have had the privilege of knowing and working alongside him for many years in our family business, where he not only played an integral role in our success but also served as a mentor and teacher to me throughout my childhood.

From an early age, Al-Ashraf taught me many valuable skills—both in life and in work. He introduced me to soccer and playing the drums, filling my childhood with joy and guidance. Most importantly, he is the person who taught me how to make the pizza that our family has proudly sold in our neighborhood for over two decades. His patience, dedication, and commitment to our family and community are qualities that have always stood out to me.

Al-Ashraf is more than just a relative; he is a pillar of our family. I plead with you to consider not only his past but also the impact his absence would have on those who rely on him, especially his children. Just as he has taught and guided me, I know he wishes to do the same for them. I sincerely hope that while upholding the law, you may also find room for mercy, allowing his children the opportunity to learn from their father as I once did.

Thank you for your time and consideration. I deeply appreciate your willingness to read my letter and to take into account the character of the man I know so well.

Sincerely,

Eyad M. Khalil

To the honorable Judge ,

I am writing this letter on behalf of my younger cousin, Al-Ashraf Khalil, whom I have had the privilege of mentoring and watching grow over the years. As an older cousin, I have guided him through many aspects of life, particularly in our family's pizza business, where he has worked hard to learn and master the trade. Through dedication and perseverance, Al-Ashraf became an essential part of our business, proving his commitment to both his family and his community.

Beyond work, Al-Ashraf is a loving husband and devoted father. His family is the center of his world, and he has always done everything in his power to ensure their well-being. He takes pride in providing for them, supporting them, and being a present and active father in their lives. His children look up to him, and he has always been there to guide and teach them, just as I once did for him.

I respectfully ask that you take into consideration the man that Al-Ashraf truly is—a hardworking, family-oriented individual who has always strived to do right by those he loves. I hope that in making your decision, you will see the value of allowing him to continue being there for his wife and children, as they need him now more than ever.

Thank you for your time and consideration.

Sincerely,

Mazen Khalil

215-601-6666

Dear Judge, Cynthia M. Rufe

I am writing to you on behalf of my younger cousin, Al-Ashraf Khalil, who is not only family but also like a brother to me. I have had the privilege of watching him grow into the man he is today—one defined by love, dedication, and an unwavering commitment to his family.

Al-Ashraf is a devoted husband and a loving father whose world revolves around his wife and children. He works tirelessly to provide for them, always putting their needs before his own. Whether it's making sure they have everything they need or simply spending quality time with them, his actions reflect the deep love he has for his family. His children adore him, and he takes great pride in being present for them, teaching them, and guiding them as they grow.

I respectfully ask that you take into account the kind of man Al-Ashraf is—a family man at his core. I know that he is needed at home, not just as a provider but as a father who plays an irreplaceable role in his children's lives. I hope that in making your decision, you will find it in your heart to grant him the chance to continue being there for the people who need him the most.

Thank you for your time and consideration.

Sincerely,
Maher Khalil        2159922435

Dear Judge,

I am writing to you on behalf of my dear friend, Al-Ashraf Khalil, a man I have known since childhood. We grew up together back home in Palestine, where he was not only my closest friend but also a role model to many of us. Even as children, Al-Ashraf was someone we all looked up to—kind, responsible, and always willing to help those around him. As we grew older, those same qualities only became stronger, shaping him into the devoted husband and father he is today.

Al-Ashraf's family means everything to him. He works tirelessly to provide for his wife and children, and they rely on him in every way. His greatest hope has always been to build a better life for them and, one day, to return home and be with them again. I know in my heart that his family needs him just as much as he needs them.

I respectfully ask that you consider the good man Al-Ashraf truly is. He has always been someone who cares for others, who takes responsibility for his actions, and who wants nothing more than to be there for his family. I hope that in making your decision, you will grant him the opportunity to continue being the father and husband his family depends on.

Thank you for your time and consideration.

Sincerely,

Naseem Dahabra

Dear Judge,

I am writing this letter to serve as a character reference for my dear friend, Al-Ashraf Khalil. When I first arrived in this country, I faced numerous challenges adapting to a new environment—from learning how to drive and speak English to finding stable housing and employment. It was during these early days that Ashraf extended his hand in friendship and guidance.

Ashraf not only taught me how to drive and helped improve my English but also assisted me in securing my first apartment and job. His support during that crucial time profoundly impacted my life and eased my transition into a new country. I remain forever grateful for the kindness and mentorship he showed me when I needed it most.

Beyond his role as a compassionate friend and mentor, Ashraf is a devoted family man who cherishes his wife and children. His unwavering commitment to their well-being is evident in every aspect of his life. He consistently puts his family first and serves as a positive role model within our community.

I respectfully ask that you consider the exceptional character of Al-Ashraf Khalil. His generosity, integrity, and dedication not only enriched my life but also continue to inspire those around him. I sincerely hope that you will allow him the opportunity to remain a pillar of support for his family and our community.

Thank you for your time and consideration.

Sincerely,

Feras Mohammad

Ashley AL-Ashraf poss in his starting to work

To whom it may concern

My name is Ashley Torres, I was the tenant that lived in 300 w Indiana. I've known Ashraf for 17 years. We've worked together and basically grew up together. Our friendship was the ... most, we've helped each other, financially and emotionally. I know him to be a hard working family man. He was always willing to help others even if ... didn't know them. He helped me move into 300 w Indiana with ... ... while ... worked for him in his apartment ... ...

me ... there for me and ... ... more than ... ... for ... ... ... ... ... ... ... ... ... bad people by his side that manipulated him. But there ... no doubt ... ... I know he's a ... innocent man paying for other people mistakes. And if I could ... back in time and play that ... over ... I would tell him Please don't ... to these people! From the ... of our hearts me and my ... family

July 18, 2022

To Whom it may concern:

I, Frank Morales, have known, Mr. Al-Ashraf Khalil for three years. In 2017, Mr.Khalil gave me an employment opportunity at La Casa Pizzeria. I have worked with Mr.Khalil throughout the years and have gotten to know him as a great boss, father and friend. I have never seen Mr. Khalil be violent or express any type of malicious behaviors through the three years that I have known him. Back in 2019 I was being chased by a homeless man with a knife outside the establishment, Mr. Khalil saved my life. I would not be here if he did not intervene. I have witnessed Mr.Khalil feed the less fortunate with the food that is left over.I also can testify that many of Mr.Khalil tenants moved into his rental establishments without a down payment and gave them employment. Mr.Khalil gave people opportunities that many others wouldn't I

appreciate this man and consider him a good man.

If you have any more questions in regards to Mr. Khalid, please do not hesitate to contact me.

Thank You

Frank Morales

July 21, 2022

To whom it may concern it Westley L. Mack and Cynthia E. Mack my wife reside at 6044 Augusta St 24 years. We find Mr Al. Ashraf to be a good hard working family man who goes to work to support his wife and children every day. Since him and his family moved in 6042 Augusta we find them to be great neighbors.

Yours Truly
Westley L. Mack
6044 Augusta Street

 # Alhidaya Islamic Center

Number: 2025-02-16-01

02/16/2025

Dr. Naser A Alshaikh
123 E Luzerne St. Philadelphia, PA, 19124
215-941-4100
hidayaic@gmail.com

To Whom It May Concern:

I am Naser A Alshaikh, the director and the Imam (Religious Leader) of Alhidaya Islamic Center.
I am writing this letter on behalf of our community member, Mr. Alashraf Khalil. I have known Alashraf for 15 years and I can attest that he is a dependable, generous, hardworking person.

As to character, I attest that, Alashraf is a good community member, a man of peace and a good family man, who is respected by our community.

Alashraf went through some very difficult times, but before that he was always around serving the community by his generous donations and his community services.

Alashraf was an asset to our city and it is my pleasure to write this letter on his behalf. If you have any questions, I can be reached at 215-457-0300.

Imam and Director,

# AL-AQSA ISLAMIC SOCIETY

**Al-Aqsa Islamic Society**
1501 Germantown Avenue
Philadelphia, PA 19122

**March 3, 2025**

**Re: Al-Ashraf Khalil**
6042 Agusta St
Philadelphia, PA 19149

To Whom It May Concern:

I am writing to provide a character reference for Alashraf Khalil, whom I have had the pleasure of knowing for 10 years. During this time, I have observed Alashraf Khalil to be a person of good character and integrity.

Alashraf Khalil demonstrates a strong work ethic, a positive attitude, and a willingness to go above and beyond to help others.

Alashraf Khalil is a dependable individual, always ready to lend a helping hand when needed. He is respectful of others.

Sincerely,

Executive Committee

A0098Q9521

# CERTIFICATE OF BIRTH

**Name of Child**
*(First, Middle, Last)*: **AL-ASHRAF BASEM KHALIL**

**Sex:** **MALE**

**Date of Birth** *(Month/Day/Year)*: **AUGUST 6, 1993**

**Time of Birth** *(if available)*: **10:19 AM**

**Maiden Name of Mother**
*(First, Middle, Last)*: **NAJIA FAWZAT ABD-AL AZIZ**

**Name of Father**
*(First, Middle, Last)*: **BASEM JUMA KHALIL**

**Birthplace** *(City/County)*: **CAMDEN  CAMDEN**

**File Number:** **2128**

**Date Filed:** **AUGUST 16, 1993**

*Date Amended (if applicable)*: **JULY 6, 2012**

**Date Issued:** **JULY 23, 2012**

**Issued By:** **CITY OF CAMDEN**

**MARIA L. VAZQUEZ, DEPUTY REGISTRAR**

This is to certify that the above is correctly
copied from a record on file in my office.

*Certified copy not valid unless the raised
Great Seal of the State of New Jersey
or the seal of the issuing municipality
or county, is affixed hereon.*

REG 42A
OCT 11



Yamileth Contreras
Acting State Registrar
Office of Vital Statistics and Registry

**State of Palestine**
Ministry of Interior
General Administration Of Non-governmental
Organization & Public Affairs



دَوْلَةُ فِلَسْطِينَ
وزارة الداخلية
الإدارة العامة للمنظمات غير الحكومية
والشؤون العامة





**Date:30/12/2024**
**Ref:(2849/2024)**

## Certificate of Good Conduct

This is to certify that :

### ( Mr. AL_ASHRAF BASEM JOMA KHALIL ) .

Holding Passport No(492312813) .
Is of good conduct with no criminal record.
This certificate is issued upon his request.

* **This certificate is valid for six months**
   **from the date of issuance**

Israr Hellaneh
**/ Director General of Public Affairs**



SOP

# Non-conviction Certificate

Based on the records received from the competent authorities and approved by us, the Ministry of Justice certifies that upon reviewing the records of Mr. Al-Ashraf Basem Juma Khalil, a resident of Ein Yabroud, holding Palestinian ID No. 410823645, has not been convicted by the Palestinian judiciary.

This certificate was given upon his request.

Notes: This certificate is given based on information received by the Ministry of Justice one month prior to the date of 16/12/2024.

The certificate is valid until 16/06/2025.

State of Palestine
Ministry of Justice
National Justice Record
National Criminal Record

Director General for National Justice :
Yusri Olawi

Ramallah, Al Masyoon
Tel: 02-2987661/2
Fax: 02-2974491

121002418136JR

Website: www.moj.gov.ps   E-mail: njr@moj.gov.ps

انا الموقع ادناه :خلود رشيد خالد عابد مترجم مرخص من وزارة العدل ترخيص رقم 385/2021 انجليزي – عربي – انجليزي ، اصرح بانني قمت بترجمة المستند المرفق صورته بهذا اليوم الموافق 2024/12/22 و الترجمة مطابقة للاصل .

**State of Palestine**
**Ministry of Justice**

**National Justice Record**



دولة فلسطين
وزارة العدل

السجل العدلي الوطني

شهادة عدم محكومية

من واقع السجلات الواردة من الجهات المختصة والمعتمدة لدينا ، تشهد

وزارة العدل أنه لدى تدقيق قيود السيد/ة الاشرف باسم جمعه خليل من

سكان عين يبرود حامل/ة هوية فلسطينية رقم 410823645 بأنه/ا

غير محكوم/ة لدى القضاء الفلسطيني.

أعطيت هذه الشهادة بناءً على طلبه/ا

ملاحظات:

*أعطيت هذه الشهادة بناءً على المعلومات الواردة لوزارة العدل ما قبل شهر من تاريخ
16/12/2024.

*الشهادة سارية المفعول حتى 16/06/2025.





121002418136JR

Ramallah, Al Masyoon

رام الله ، الماصيون

نادي الاسمر الفلسطيني

190/14916



MAJ College
كلية التقنية المهنية

# شهادة



تشهد كلية التقنية المهنية بأن السيد الاشرف باسم همة خليل هربة رقم 410823645 قد أنهى بنجاح كافة متطلبات دورة كهرباء سيارات عدد ساعات (180) ساعة تدريبية وقد اجتاز الامتحانات النهائية بنجاح وعليه أعطيت له هذه الشهادة

عميد كلية التقنية المهنية

2010/ 03/25

By the Name of God the Most Gracious, the Most Merciful

MAJ College -Alshahid Abu Jihad Collage

Palestinian Aseer Club

## Certificate

Alshahid Abu Jihad College certifies that Mr. Al-Ashraf Basem Juma Khalil, ID No. 410823645, has successfully completed all the requirements of the Auto Electricity Course with (180) training hours and has passed the final exams successfully.

Accordingly, this certificate has been given to him.

MAJ Center Vocational training Alshahid Abu Jihad Vocational Training Center

Certificate No 190/14916 / R

Director General of Alshahid Abu Jihad College Date 2010, 03/23

Nasir Mansour

---

انا الموقع ادناه :خلود رشيد خالد عابد مترجم مرخص من وزارة العدل ترخيص رقم 385/2021 انجليزي – عربي – انجليزي ، اصرح بانني قمت بترجمة المستند المرفق صورته بهذا اليوم الموافق 2024/12/23 والترجمة مطابقة للاصل.

الخاتم

خلود عابد
Licente No. 385/2021 – Arabic
Certified Legal Translator – Ministry of Justice
Mrs. Kholoud R. Abed