IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| Vs. | CRIMINAL NO.: 23-CR-00157-1 |
| AL-ASHRAF KHALIL | |

## NOTICE OF APPEAL

**TO THE CLEARK OF THE COURT:**

Notice is hereby given that Al-Ashraf Khalil, Defendant in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment and sentenced in this action on the 22nd day of October 2025, and docketed the 24th day of October 2025.

Dated: October 28, 2025

THE CHOTINER FIRM

L. KENNETH CHOTINER, LL.M.
Attorney I.D. No. 77451
50 E. Wynnewood Rd., Suite 22-378
Wynnewood, PA 19096
215.546.1345
Counsel for Defendant, Al-Ashraf Khalil

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| Vs. | CRIMINAL NO.: 23-CR-00157-1 |
| AL-ASHRAF KHALIL | |

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Appeal was served upon the United States Attorney via electronic mail through the Court's ECF system on the date and year written below.

Dated: October 28, 2025

THE CHOTINER FIRM

L. KENNETH CHOTINER, LL.M.
Attorney I.D. No. 77451
50 E. Wynnewood Rd., Suite 22-378
Wynnewood, PA 19096
215.546.1345
Counsel for Defendant, Al-Ashraf Khalil