OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 5, 2025

L. Kenneth Chotiner
The Chotiner Firm
50 E. Wynnewood Road
Suite 22-378
Wynnewood, PA 19096

RE: USA v. Al-Ashraf Khalil
Case Number: 25-3138
District Court Case Number: 2:23-cr-00157-001

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System. <u>See</u> 3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

Enclosed please find case opening information regarding the above-captioned appeal by **Al-Ashraf Khalil** docketed at No. **25-3138**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Counsel for Appellant**

Counsel is required to continue on appeal unless relieved by order of this Court. 3rd Cir. LAR Misc. 109.1.

As Counsel for Appellant(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Criminal Appeal Information Statement;and
4. Transcript Purchase Order Form.
These forms must be filed within **fourteen (14) days** from the date of this letter.

**Counsel for Appellee**
As Counsel for Appellee(s), you must file:
1. Appearance Form
This form must be filed within **fourteen (14) days** from the date of this letter.

Failure of counsel to comply with any of these requirements by the deadline may result in the imposition of sanctions by the Court. 3rd Cir. LAR Misc. 107.2.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review this caption carefully and promptly advise this office in writing of any discrepancies.


For the Court,


s/ Patricia S. Dodszuweit
Clerk

s/ Pamela – Case Manager 267-299-4943

cc:
Michael R. Miller
Amanda Reinitz